IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR407-155
)
JOHN A. BRYANT, )
)
Defendant. )

## O R D E R

Before the Court is Defendant John A. Bryant's Motion for Plea and Sentencing Report. (Doc. 35.) In the motion, Defendant requests copies of his plea hearing and sentencing transcripts. (Id. at 1.) However, Defendant cites no basis for needing the requested transcripts. Generally, a federal prisoner is not entitled to free copies of trial proceedings absent a pending habeas petition. See United States v. MacCollom, 426 U.S. 317, 325-27 (1976). To the extent Defendant is requesting copies of these documents free of charge, Defendant's motion must be **DENIED**. However, Defendant states that he "is willing to pay for requested documents. This Court can bill the defendant" or call another individual to arrange for payment. (Doc. 35 at 2.) Accordingly, the Court **DIRECTS** the

Clerk of Court to forward a copy of Defendant's Motion (Doc. 35) to the court reporter.

SO ORDERED this 28th day of October 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA